UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIM ANDERSON,

    Plaintiff,

v.                                    Case No. 3:17cv955-RV-CJK

BRAINTREE PAYMENTS,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

On February 23, 2018, the court ordered plaintiff to, within 30 days, submit a service copy of the complaint and return the signed Notice of a Lawsuit and Request to Waive Service of a Summons form. (Doc. 7). Plaintiff failed to comply with the order within the allotted time. On March 28, 2018, the court ordered plaintiff to show cause within 14 days why this case should not be dismissed due to his failure to prosecute and/or failure to comply with an order of the court. (Doc. 8). After the show cause order was returned as undeliverable (doc. 9), the court directed the clerk to resend the order to plaintiff's updated address (doc. 10). To date, plaintiff has not complied with the February 23 order or responded to the show cause order.

Accordingly, it is respectfully RECOMMENDED:

1.    That this case be DISMISSED WITHOUT PREJUDICE due to plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2.    That the clerk be directed to close the file.

At Pensacola, Florida, this 1st day of May, 2018.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.